```
                                         FILED
                              CLERK, U.S. DISTRICT COURT

                                     OCT 2 7 2015

                              CENTRAL DISTRICT OF CALIFORNIA
                              EASTERN DIVISION    BY DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SACR 07-00171-DOC |
| ) | SACR09-00141-DOC |
| Plaintiff, ) | ORDER OF DETENTION PENDING |
| v. ) | FURTHER REVOCATION |
| ) | PROCEEDINGS |
| ) | (FED.R. CRIM. P.32.1(a)(6); 18 |
| MARCO DEL ROSARIO, ) | U.S.C. § 3143(a) (1)) |
| Defendant. ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central District of California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(x) information in the Pretrial Services Report and Recommendation

(x) information in the violation petition and report(s)

(x) the defendant's nonobjection to detention at this time

(x) other: __allegation of absconding__

    and/or

1 | B. (X)   The defendant has not met his/her burden of establishing by clear and
2 | convincing evidence that he/she is not likely to pose a danger to the safety
3 | of any other person or the community if released under 18 U.S.C. §
4 | 3142(b) or (c). This finding is based on the following:
5 | (x) information in the Pretrial Services Report and Recommendation
6 | (x) information in the violation petition and report(s)
7 | (x) the defendant's nonobjection to detention at this time
8 | (x) other: allegation of new arrest

10 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
11 | revocation proceedings.

13 | DATED: October 27, 2015

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE